UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket Number:

ONE LAPTOP PER CHILD ASSOCIATION INC,

Plaintiff,

v.

LAGOS ANALYSIS CORPORATION

Defendant

08 CA 10405 GAO

MAGISTRATE JUDGE Alexander

## NOTICE OF REMOVAL

Now comes defendant, Lagos Analysis Corporation (LANCOR) as set forth in the in the above captioned matter and hereby submits this notice the removal pursuant to 28 U.S.C. § 1441 to the United States District Court for the District of Massachusetts. As grounds therefore, defendant LANCOR states as follows:

## TIMELINESS OF REMOVAL

1. On February 12, 2008, plaintiff One Laptop Per Child Association, Inc. commenced a civil action against defendant in the Superior Court of Middlesex County, Massachusetts entitled <u>One Laptop Per Child Association, Inc., v. Lagos Analysis Corp,</u> C.A. No: 08-0625. A copy of the Complaint is attached hereto as Exhibit A. To Defendant's knowledge, the Complaint and Summons are the only process or pleadings filed or served by any party.

2. The first notice received by the Defendant of the civil action occurred on February 12, 2008, when a copy of the Summons and Complaint was received by Lagos Analysis Corporation (LANCOR) via hand delivery.

3. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within 30 days after first notice by Defendant of the civil action.

## BASIS FOR REMOVAL

4. This cause is a civil action within the meaning of the Acts of Congress relating to removal of causes.

5. In its complaint, Plaintiff alleges that it did not violate Defendant's End User License Agreement. By its terms, the agreement is subject to U.S. federal law. (See Exhibit B.) The disputed issues raised in the complaint by Plaintiff also refer to matters governed by federal copyright laws. See paragraphs 18, 19 and 22 of the Complaint). (See also exhibit C)

6. The complaint did not allege any action or cause of action based on state law.

7. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1331 (Federal question), in that Plaintiff asserts a civil action based on a claim or right "arising under the Constitution, laws, or treaties of the United States."

8. Because the District Court has original jurisdiction over Plaintiff's claims, this case is subject to timely removal under 28 U.S.C. § and 1446.

9. The supplemental state law claims, if any, would arise from a common nucleus of operative facts which may be removed to the United States District Court pursuant to 28 U.S.C. § 1441(c)

## CONSENT TO REMOVAL

10. The Defendant consents to this removal.

11. Defendant has not previously sought similar relief.

## NOTICE / SERVICE

12. Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal have this day been served, via first class mail postage prepaid, upon plaintiff's counsel, and upon the Clerk of the Middlesex Superior Court.

**WHEREFORE,** Defendant, LANCOR respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from Middlesex Superior Court to the United States District Court for the District of Massachusetts.

Respectfully submitted,

LAGOS ANALYSIS CORPORATION
By and through its attorneys

_____
John A Dalimonte, BBO# 554554
Karon & Dalimonte LLP
85 Devonshire Street Suite 1000
Boston, MA 02109
Tel: (617) 367-3311
Fax: (617) 742-9130
Email: Johndalimonte@kdlaw.net

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the this Notice of Removal was served by first class mail postage prepaid to:

Michael B. Keating Esq.
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210

Attorneys for Plaintiff
Clerk of Court
MIDDLESEX SUPERIOR COURT
40 THORNDIKE STREET
CAMBRIDGE, MA 02141

_____
John Dalimonte
Karon & Dalimonte LLP
85 Devonshire Street Suite 1000
Boston, MA 02109
Tel: (617) 367-3311
Fax: (617) 742-9130
Email: Johndalimonte@kdlaw.net