# EXHIBITS

**Exhibit A** – Plaintiff's Complaint for Declaratory Judgment

**Exhibit B** – Defendant's Product End Use License Agreement

**Exhibit C** – Defendants Product Website Copyright Statements