**EXHIBIT B**



NOTICE:
LANCOR licenses the accompanying software to you only upon the condition that you accept all of the terms contained in this license agreement. Please read the terms carefully before continuing installation, as pressing the "YES" button will indicate your assent to them. If you do not agree to these terms, please press the "NO" button to exit install as LANCOR is unwilling to license the software to you, in which event you should return the full product with proof of purchase to the dealer from whom it was acquired within thirty (30) days of purchase, and your money will be refunded.

LICENSE AND WARRANTY:
The software which accompanies this license (the "Software") is the property of LANCOR or its licensers and is protected by copyright law. While LANCOR continues to own the Software, you will have certain rights to use the Software after your acceptance of this license. Except as may be modified by a license addendum which accompanies this license, your rights and obligations with respect to the use of this Software are as follows:

YOU MAY:

**Exhibit B - P.9**

(i) use one copy of the Software on a single computer;
(ii) make one copy of the Software for archival purposes, or copy the software onto the hard disk of your computer and retain the original for archival purposes;
(iii) use the Software on a network, provided that you have a licensed copy of the Software for each computer that can access the Software over that network;
(iv) after written notice to LANCOR, transfer the Software on a permanent basis to another person or entity, provided that you retain no copies of the Software and the transferee agrees to the terms of this agreement; and

YOU MAY NOT:
(i) copy the documentation which accompanies the Software;
(ii) sub-license, rent or lease any portion of the Software;
(iii) reverse engineer, decompile, disassemble, modify, translate, make any attempt to discover the source code of the Software, or create derivative works from the Software; or
(iv) use a previous version or copy of the Software after you have received a disk replacement set or an upgraded version as a replacement of the prior version, unless you donate a previous version of an upgraded version to a charity of your choice, and such charity agrees in writing that it will be the sole end user of the product, and that it will abide by the terms of this agreement. Unless you so donate a previous version of an upgraded version, upon upgrading the Software, all copies of the prior version must be destroyed.

THIRTY DAY MONEY BACK GUARANTEE:
If you are the original licensee of this copy of the Software and are dissatisfied with it for any reason, you may return the complete product, together with your receipt, to LANCOR or an authorized dealer, postage prepaid, for a full refund at any time during the thirty-day period following the delivery to you of the Software.

LIMITED WARRANTY:
LANCOR warrants that the media on which the Software is distributed will be free from defects for a period of sixty (60) days from the date of delivery of the Software to you. Your sole remedy in the event of a breach of this warranty will be that LANCOR will, at its option, replace any defective media returned to LANCOR within the warranty period or refund the money you paid for the Software. LANCOR does not warrant that the Software will meet your requirements or that operation of the Software will be uninterrupted or that the Software will be error-free.
The above warranty is exclusive and in lieu of all other warranties, whether express or implied, including the implied warranties of merchantability, fitness for a particular purpose and no infringement. This warranty gives you specific legal rights. You may have other rights, which vary from state to state.

DISCLAIMER OF DAMAGES:
Regardless of whether any remedy set forth herein fails of its essential purpose, in no event will LANCOR be liable to you for any special, consequential, indirect or similar

damages, including any lost profits or lost data arising out of the use or inability to use the software even if LANCOR has been advised of the possibility of such damages. Some states do not allow the limitation or exclusion of liability for incidental or consequential damages so the above limitation or exclusion may not apply to you.
In no case shall LANCOR's liability exceed the purchase price for the software. The disclaimers and limitations set forth above will apply regardless of whether you accept the Software.

U.S. GOVERNMENT RESTRICTED RIGHTS:
Restricted rights legend. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (C) (1) (ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (C) (1) and (2) of the Commercial Computer Software-Restricted Rights clause at 48 CFR 52.227-19, as applicable.

GENERAL:
The laws of the United States of America will govern this Agreement. This Agreement may only be modified by a license addendum that accompanies this license or by a written document that has been signed by both you and LANCOR. Should you have any questions concerning this Agreement, or if you desire to contact LANCOR for any reason, please write: LANCOR Customer Sales and Service, PO Box 961144, Boston, MA 02186-1144 United States of America.

LANCOR SOFTWARE LICENSE ADDENDUM FOR KONYIN (Nigeria) Keyboard.
Notwithstanding any of the terms and conditions contained in the LANCOR Software License, the following additional terms apply to the product you have purchased. If you have purchased KONYIN (Nigeria) for Windows 2000, 2003 and XP, and that version contains both a Host component and a Remote component, then you may use the software on two computers, i.e. one host computer and one remote computer, in order to make one connection between the host and remote.