**EXHIBIT C**



## KONYIN
*Physical multilingual keyboard*

### Multi-Language Typing Made Easy!!!

Home | Products | Inquiry | Where to Buy | Return Policy | Support | News | Contact Us | HOME

KONYIN Multilingual keyboards improved on the QWERTY keyboard by creating a dual-shift keys that enables users to add accents to letters directly. With these keyboards users can type in many Latin-alphabets based languages without using the Alt+ number codes or switching keyboard layout between languages. Now, using these keyboards you can type in multiple languages simultaneously and no training is required.

Key Features: New Standard Computer keyboards with 4 shift-keys; Perfect keyboard for Bilinguals; Multi-Language typing made easy; Easily type in many Latin-alphabetic languages simultaneously; Easily add accents to letters; Includes more alphabets on keycaps; Does not change how users type; Top quality keyboards with One year warranty.

Keyboard Layouts: KONYIN Multilingual keyboard technology now makes possible the creation of regional keyboards. Click on your continent or country to view the layout with all alphabets, accents or tonal marks and symbols for typing in all languages in your region.



Multilingual Keyboard for UNITED STATES | Multilingual Keyboard for SOUTH AMERICAN | Multilingual Keyboard for NIGERIA | Multilingual Keyboard for EUROPEAN Nation

VIEW LAYOUT | CHARACTERS | LANGUAGES | ONLINE STORE

Home | Contact Us | Privacy statement | Legal notice | Return policy

Copyright ©2005 LANCOR Technologies. All right reserved.

**Exhibit C  P. 12**



*Multi-Language*
*Typing Made Easy!!!*



Home | Products | Inquiry | Where to Buy | Return Policy | Support | News | Contact Us | CONTACT US



KỌNYIN □ and KỌNYIN products are registered trademarks or trade names of LANCOR Technologies a division of Lagos Analysis Corporation in the United States and/ or other countries.

Microsoft □ Windows □ are either registered trademarks or trademarks of Microsoft Corporation in the United States and/ or other countries.

**COPYRIGHT**

The information on this web site is protected by copyright. Except as specifically permitted, no portion of this web site may be distributed or reproduced by any means, or in any form, without LANCOR Technologies prior written permission.

**COPYRIGHT NOTICE:**

© Copyright LANCOR Technologies